IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19CV154-GCM

KATHERINE MARIE PAYNE,          )
                                )
        Plaintiff,              )
                                )
Vs.                             )          ORDER
                                )
ANDREW SAUL,                    )
Commissioner of Social Security,)
                                )
        Defendant.              )
_____ )

This matter is before the Court upon Defendant's Motion for Summary Judgment. Pursuant to the Scheduling Order entered in this case on January 22, 2020, Plaintiff's Motion for Summary Judgment was required to be filed by March 23, 2020. The *pro se* Plaintiff failed to submit her motion. Defendant timely submitted its motion on May 20, 2020. Plaintiff did not submit a response to Defendant's motion.

The Court has reviewed Defendant's brief, the ALJ's decision, and the administrative record. The Court finds that the ALJ's decision is supported by substantial evidence and was reached through the application of the correct legal standards. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED, and the Commissioner's decision is affirmed.

Signed: January 20, 2021

Graham C. Mullen
United States District Judge